Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Ani Avetisyan (SBN 266679)
ani@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028
Telephone: (888) 635-2250
Facsimile: (213) 402-2170

Attorneys for Plaintiff
**PHILLIP WALKER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER,<br><br>  Plaintiff,<br><br>vs.<br><br>HCL INGLEWOOD VILLAGE LLC, a California Limited Liability Company; and DOES 1-10,<br><br>  Defendants. | CASE NO.: 2:21-cv-00100-DMG-JPR<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>The Hon. Judge Dolly M. Gee<br>Trial Date: Not on Calendar |

The Parties hereby jointly notify the court that a confidential settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

1  The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that a Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

DATED:  April 16, 2021    **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By:  */s/Anoush Hakimi*
Anoush Hakimi, Esq.
Attorneys for Plaintiff, Phillip Walker

DATED:  April 16, 2021    **VAUGHAN & ASSOCIATES LAW OFFICE, APC**

By:  */s/ Cris C. Vaughan*
Cris C. Vaughan, Esq.
Attorney for Defendant, HCL Inglewood Village LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

ANOUSH HAKIMI

*/s/ Anoush Hakimi*
By: Anoush Hakimi
Attorney for Plaintiff Phillip Walker