# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>HCL INGLEWOOD VILLAGE LLC, a California Limited Liability Company; and DOES 1-10,<br><br>    Defendants. | Case No.: CV 21-100-DMG (JPRx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [21]** |

Pursuant to Fed. R. Civ. P. 41 and the parties' stipulation, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendant HCL Inglewood Village LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

DATED: May 11, 2021

                                                  DOLLY M. GEE<br>
                                                UNITED STATES DISTRICT JUDGE